IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SMITH, *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| v. | : | NO. 16-156 |
| | : | |
| AMERICAN AIRLINES, INC., *et al.* | : | |
| *Defendants* | : | |

# ORDER

AND NOW, this 12th day of August 2016, upon consideration of Defendants' *motion to dismiss*, [ECF 6], Plaintiffs' *response in opposition* thereto, [ECF 11], Defendants' *reply*, [ECF 13], and the allegations contained in Plaintiffs' *second amended complaint*, [ECF 1(4)], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that Defendants' motion to dismiss is **GRANTED**, and Count I of Plaintiffs' *second amended complaint* is dismissed, with prejudice. The remaining counts in Plaintiff's *second amended complaint* are dismissed, without prejudice. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*